570 A.2d 960

ANTHONY J. GENOVESE v. NEW JERSEY TRANSIT
RAIL OPERATIONS, INC.

October 17, 1989.

Cross-petition for certification denied. (See 234 *N.J.Super.*
375, 560 *A.*2d 1272)

570 A.2d 960

IN THE MATTERS OF NJ TRANSIT BUS OPERATIONS INC.,
NEW JERSEY TRANSIT CORPORATION AND
AMALGAMATED TRANSIT UNION, ET AL.

October 17, 1989.

Petitions for certification granted. (See 233 *N.J.Super.* 173,
558 *A.*2d 483)

570 A.2d 960
WILLIAM F. BANDEL, JR., ETC., AND CHRISTINE A.
BANDEL, ETC., ET AL. v. CHARLES FRIEDRICH, M.D.

October 17, 1989.

Petition for certification granted. (See 235 *N.J.Super.* 384,
562 *A.*2d 813)